IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TBR/SMALL RIVERSIDE
JACKSONVILLE OWNER, L.L.C.,

      Appellant,

v.

                                     Case No.  5D23-80
                                     LT Case No. 16-2019-CA-6814

ANDREW T. BENOIT AND
THOMAS BORCHERT,

      Appellees.
_____/

Decision filed April 11, 2023

Appeal from the Circuit Court
for Duval County,
Robert M. Dees, Judge.

John S. Mills, of Bishop and Mills,
PLLC, Jacksonville, and Courtney
Brewer, Rima Nathan, and Jonathan A.
Martin, of Bishop & Mills, PLLC,
Tallahassee, for Appellant.

Kristie Hatcher-Bolin, of GrayRobinson,
P.A., Lakeland, and Trevor B. Arnold
and Nikki K. Bhavsar, of GrayRobinson,
P.A., Orlando, for Appellees.

PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.